(No. 6114– ▮▮▮▮▮▮▮▮)

LOTTIE FULLER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 30, 1971.*

LOTTIE FULLER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L.S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6115– ▮▮▮▮▮▮▮▮)

LARRY L. BLUM, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed August 30, 1971.*

LARRY L. BLUM, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.